UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE CARSON, : | |
|         Plaintiff, : | |
| : | |
|         v. : | No. 5:20-cv-00399 |
| : | |
| TIMOTHY TUCKER, and WESTERN : | |
| EXPRESS, INC., : | |
|         Defendants. : | |

**O R D E R**

**AND NOW**, this 16th day of July, 2020, upon consideration of Defendants' partial motion to dismiss and motion to strike, ECF No. 22, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion, ECF No. 22, is **GRANTED** as follows:

   a. Defendants' partial motion to dismiss is **GRANTED.** Counts Two and Four are **DISMISSED with prejudice**.

   b. Defendants' motion to strike the request for punitive damages is **GRANTED**.

2. The case shall proceed on Counts One and Three **ONLY**.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge