UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE CARSON,<br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY TUCKER and WESTERN<br>EXPRESS INC.,<br>    Defendants. | :<br>:<br>:<br>:   No. 5:20-cv-00399<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 17th day of March, 2021, upon consideration of Plaintiff's Motion for Reconsideration of this Court's Order dated July 16, 2020, *see* ECF No. 60, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.   Plaintiff's motion, ECF No. 60, is **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge