UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERMAINE CARSON,<br>    Plaintiff,<br><br>        v.<br><br>TIMOTHY TUCKER and WESTERN,<br>EXPRESS INC.,<br>    Defendants. | :<br>:<br>:<br>:   No. 5:20-cv-00399<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 30th day of March, 2021, upon consideration of Defendants' partial Motion for Summary Judgment, ECF No. 51, Plaintiff's response thereto, ECF No. 54, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' partial Motion for Summary Judgment, ECF No. 51, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants on only the direct liability claim contained in Count III of Plaintiff's Amended Complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge